**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 17-19735-AJC |
| | Chapter 13 |
| Jonadad Hernandez | |
| ____Debtor(s)____ / | |

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION
TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| *3-1* | *Preferred Credit, Inc.* | *$1,714.15* |

Basis for Objection and Recommended Disposition

On or about October 16, 2017, Creditor filed a proof of claim in the amount of $1,714.15 with a secured portion of $1,683.82 and an unsecured portion of $30.33. Said creditor will be paid direct and outside the plan according to the latest filed plan. Debtor requests the claim be allowed as filed with no distribution from the Chapter 13 Trustee.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  December 5, 2017             Respectfully Submitted:
                                     Robert Sanchez, P.A.
                                     355 West 49th Street
                                     Hialeah, FL 33012
                                     Fl. Bar No. 0442161
                                     Telephone: (305) 687-8008
                                     E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)